1  ROBERT P. KRISTOFF (SB# 090874)  bobkristoff@paulhastings.com
   MICHAEL M. PFYL (SB# 240925)  michaelpfyl@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Defendant
6  EMPI, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | JULIA PIAZZA,                        | CASE NO. 1:07-CV-00954-OWW (GSA)
12 |              Plaintiff,              | **STIPULATION FOR PROTECTIVE ORDER COMPLIANT WITH THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT AND ORDER**
13 |    vs.                               |
14 | EMPI, INC., LARRY DAVIS and DOES 1   |
   | through XX,,                         |
15 |                                      |
   |              Defendants.             |
16

17

(lines 18–28 blank)

LEGAL_US_W # 59295457.1

                                              STIPULATION FOR PROTECTIVE ORDER
                                              AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, as follows:

1. Defendant EMPI, Inc. ("EMPI") produces and markets medical devices.

2. Plaintiff Julia Piazza worked for EMPI from approximately February 18, 2002 to July 6, 2006, as a Territory Manager. In her position as Territory Manager, Plaintiff made sales calls on customers, provided "in service" demonstrations to customers on advantages, features, benefits and operations of EMPI products, and established hospital and clinic contracts and agreements.

3. As a Territory Manager, Plaintiff submitted various Medical Documents (as defined in paragraph 5) to EMPI's billing department for purposes of obtaining payment from Medicare, Medicaid, and/or patients' private insurance carriers.

4. After Plaintiff left EMPI, she worked for several other medical device companies — including Care Rehab, Golden State Medical, Inc., and Rajala Rehab — and submitted Medical Documents to their billing departments as well.

5. The term "Medical Documents," as used herein, refers without limitation to Certificates of Medical Necessity ("CMNs"), Rental Sales Agreements ("RSAs"), Prescriptions, and any other documents which contain private patient information protected from disclosure by the Health Information Portability and Accountability Act ("HIPAA"), Pub. L. No. 104-191.

6. Plaintiff has requested that EMPI provide Medical Documents, the disclosure of which will reveal Protected Health Information as defined by HIPAA (45 C.F.R. § 164.501). Additionally, EMPI has served several of Plaintiff's post-EMPI employers with subpoenas for production of documents which seek Medical Documents.

7. EMPI considers Medical Documents to be confidential, and it will designate all responsive Medical Documents that it produces in this litigation as "CONFIDENTIAL."

8. The Parties to this litigation and their attorneys are prohibited from using and disclosing Medical Documents — designated as "CONFIDENTIAL" — for any purpose other than this litigation.

PDF created with pdfFactory trial version www.pdffactory.com

9. The Parties to this litigation agree that at the end of this litigation they will either return all Medical Documents designated as "CONFIDENTIAL" to EMPI, or destroy all such Medical Documents (including all copies made).

10. Subject to this Qualified Protective Order and 45 C.F.R. § 164.512(e), EMPI will produce non-privileged Medical Documents responsive to Plaintiff's request(s) — including those that it obtains from Plaintiff's post-EMPI employers — and designate them as "CONFIDENTIAL."

DATED: July _____, 2008   NICHOLAS WAGNER
LAW OFFICES OF WAGNER & JONES


By: _____
         NICHOLAS WAGNER

ATTORNEYS FOR PLAINTIFF
JULIA PIAZZA.

DATED: July _____, 2008   JOEL M. VAN PARYS
SEYFARTH SHAW LLP


By: _____
         JOEL M. VAN PARYS
ATTORNEYS FOR DEFENDANT
LARRY DAVIS

DATED: July 23, 2008   ROBERT P. KRISTOFF
MICHAEL M. PFYL
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: _____/s/ Robert P. Kristoff_____
         ROBERT P. KRISTOFF
ATTORNEYS FOR DEFENDANT
EMPI, INC.

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED this 23rd day of July, 2008.

/s/ OLIVER W. WANGER
United States District Court Judge