LAW OFFICES OF WAGNER & JONES LLP
NICHOLAS WAGNER (SB# 109455)
ANDREW B. JONES (SB# 076915)
DANIEL M. KOPFMAN (SB# 192191)
C.M. ADAMS (SB# 200395)
1111 East Herndon, Suite 317
Fresno, California 93720
Telephone: (559) 449-1800
Facsimile: (559) 449-0749

Attorneys for Plaintiff
JULIA PIAZZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JULIA PIAZZA,<br><br>  Plaintiff,<br><br>  vs.<br><br>EMPI, INC., LARRY DAVIS and DOES 1 through XX,<br><br>  Defendants. | Case No. 1:07-CV-00954-0WW-NEW (WMW)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate, through their attorneys of record, that the above-entitled matter be dismissed with prejudice.

////

////

////

| | | |
|---|---|---|
| 1 | DATED: November 4, 2008 | NICHOLAS WAGNER<br>LAW OFFICES OF WAGNER & JONES |

By:/s/      *NICHOLAS WAGNER*
                    NICHOLAS WAGNER

ATTORNEYS FOR PLAINTIFF
JULIA PIAZZA.

DATED:  November 4, 2008        JOEL M. VAN PARYS
                                SEYFARTH SHAW LLP


By:/s/      *JOEL M. VAN PARYS*
                    JOEL M. VAN PARYS
ATTORNEYS FOR DEFENDANT
LARRY DAVIS

DATED:  November 4, 2008        ROBERT P. KRISTOFF
                                MICHAEL M. PFYL
                                PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:/s/      *MICHAEL M. PFYL*
                    MICHAEL M. PFYL
ATTORNEYS FOR DEFENDANT
EMPI, INC.


IT IS SO ORDERED this 7th day of November, 2008.


                    ____/s/ OLIVER W. WANGER_____

                        United States District Court Judge

---

Case No. 1:07-CV-00954-0WW-NEW (WMW)   -2-   STIPULATION FOR DISMISSAL OF ACTION AND ORDER